**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 2 4 2024

Kevin P. Weimer, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. **1:24-CR-0136** |
| MARC SHULTZ | **UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Introduction

At all times material to this indictment:

1. The defendant, MARC SHULTZ, lived in or around Chula Vista, California.

2. Fani Willis was the elected District Attorney for Fulton County, Georgia, and was investigating a case involving Former President of the United States Donald J. Trump.

### Count One

3. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

4. On or about October 4, 2023, in the Northern District of Georgia and elsewhere, the defendant, MARC SHULTZ, consciously disregarding a substantial risk that his communication would be viewed as threatening

violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of California to other places, including the State of Georgia, that contained a threat to injure Fulton County District Attorney Fani Willis; specifically, SHULTZ posted a comment to a YouTube live stream video which stated: "FANI WILL BE KILLED LIKE A DOG."

All in violation of Title 18, United States Code, Section 875(c).

## Count Two

5. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

6. On or about October 7, 2023, in the Northern District of Georgia and elsewhere, the defendant, MARC SHULTZ, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of California to other places, including the State of Georgia, that contained a threat to injure Fulton County District Attorney Fani Willis; specifically, SHULTZ posted comments to a YouTube live stream video which stated:  "FANI WILLIS WILL BE DEAD IN 2024;" "FANI WILLIS YOUR (sic) DEAD N*****;" and "FANI WILLIS DEAD AT YOUR HOME C*** WATCH."

All in violation of Title 18, United States Code, Section 875(c).

A _____ *True* _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
  *United States Attorney*

BRENT ALAN GRAY
  *Assistant United States Attorney*
Georgia Bar No. 155089

BRET R. HOBSON
  *Assistant United States Attorney*
Georgia Bar No. 882520

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181