FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 02 2024

KEVIN P. WEIMER, Clerk

By: Nicole Lawson Jenkins
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC SCHULTZ | Criminal Action No.<br><br>1:24-cr-0136 |

## Motion to Unseal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Brent Gray, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that defendant is scheduled for an initial appearance: "this afternoon in the Southern District of California."

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/BRENT GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089
BGray@usa.doj.gov