FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 02 2024

KEVIN P. WEIMER, Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC SCHULTZ | Criminal Action No.<br><br>1:24-cr-0136 |

### Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be unsealed.

SO ORDERED this 2nd day of May, 2024.

_Catherine Salinas_
_____
Catherine M. Salinas
UNITED STATES MAGISTRATE JUDGE

Presented by:
Brent Gray, Assistant United States Attorney